UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LENA MARIE LINDBERG,

    Plaintiff,

v.                                                                                  Case No. 6:21-cv-1417-RBD-GJK

KEVIN OAKS; JOE PINSKER;
JAMES ADAMS; RALPH GARCIA;
SHADRICK CARTER; WILL
NEWMAN; LISA GERMAN;
JERROD GERWIG; and JOHN
BARBERI,

    Defendants.
_____

**ORDER**

Plaintiff filed the *pro se* Complaint against Defendants, alleging she received death threats and other assertions unconnected to a cause of action. (Doc. 1, p. 5.) She also moved to proceed *in forma pauperis* ("IFP"). (Doc. 2 ("Motion").) On referral, U.S. Magistrate Judge Gregory J. Kelly entered a Report and Recommendation submitting that the Court should dismiss the Complaint as unintelligible, illegible, and noncompliant with the Federal Rules of Civil Procedure. (Doc. 3, pp. 3–4 ("R&R").)

The parties did not object and the deadline has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781,

784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 3) is **ADOPTED**, **CONFIRMED**, and made a part of this Order in its entirety.

2. Plaintiff's Motion (Doc. 2) is **DENIED**.

3. The Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

4. By **Friday, October 1, 2021**, Plaintiff may file an amended complaint correcting the deficiencies identified in the R&R and an amended motion to proceed *in forma pauperis*. Failure to timely file will result in this action being closed without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on September 17, 2021.

ROY B. DALTON JR.
United States District Judge

Copies to:
*Pro se* Plaintiff Lena Marie Lindberg